FORM TO BE USED BY A PRISONER FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

___ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

Brandon Grimes #354-682

N.B.C.I

14100 McMULLEN HWY., S.W.

CUMBERLAND, MD 21502
(Full name, prison identification
number and address of the plaintiff)

SEP 19 2011
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ DEPUTY

v.

Civil Action No. JKB-11-2687
(Leave blank. To be filled in by Court.)

Baltimore City Detention Ctr,
The Warden, Tactical Team,
and Medical Department

401 E. EAGER STREET

BALTIMORE, MD 21202
(Full name and address of the defendant(s))

## COMPLAINT

I. **Previous lawsuits**

  A. Have you filed other cases in state or federal court dealing with the same facts as in this case or against the same defendants?

  YES [ ]   NO [X]

  B. If you answered YES, describe that case(s) in the spaces below.

    1. Parties to the other case(s):

    Plaintiff: _____

    Defendant(s): _____

1983 Complaint Rev. (4/10/2006)

2. Court (if a federal court name the district; if a state court name the city or county): _____

3. Case No.: _____

4. Date filed: _____

5. Name of judge that handled the case: _____

6. Disposition (won, dismissed, still pending, on appeal): _____

_____

7. Date of disposition: _____

## II. Administrative proceedings

A. If you are in a Division of Correction facility, did you file an administrative remedy procedure request under DCD 185-001, et seq.?

    YES [ ]    NO [ ]

1. If you answered YES:

    a. What was the result? _____

_____

    b. Did you appeal to the Commissioner?

        YES [ ]    NO [ ]

2. If you answered NO to either of the questions above, explain why you did not file an administrative remedy procedure request or an appeal to the Commissioner. _____

_____

_____

3. Did you file any other type of administrative complaint such as an appeal to

       the warden of an adjustment decision or a decision to withhold mail, a complaint to the Sundry Claims Board, etc.?

          YES [ ]    NO [ ]

4.    If you answered YES, explain what you filed and what was the result.

_____

_____

_____

**B.**    If you are <u>not</u> in a Division of Correction facility, is there a grievance procedure at your institution?

          YES [ ]    NO [X] *No process was available at Baltimore City Detention Ctr.*

If your answer is YES:

1.    Did you file a grievance?

          YES [ ]    NO [ ]

2.    If you filed a grievance what was the result? _____

_____

3.    If you did not file a grievance explain why not? _____

_____

### III. Statement of claim
(Briefly state the facts of your case. Include dates, times, and places. Describe what each defendant did or how he/she is involved. If you are making a number of related claims, number and explain each claim in a separate paragraph.)

1. On Wednesday, October 15, 2008, after being handcuffed and shackled by members of the tactical team at Baltimore City Detention Center ("BCDC"), T-Section, Cell 47 (Administrative Segregation), I was maliciously beaten by the tactical team, including with flashlights, as I was called a cop killer and was told I was going to die, resulting in teeth loss, nerve damage, a black eye, and urination of blood.

2. I was denied a mattress, sheets, toilet paper and other provisions when placed in cell 40 of K-section and was denied medical care.

3. The medical department neglected to properly treat obvious injuries and failed to assess injuries that caused urination of blood for proper treatment.

### IV. Relief
(State briefly what you want the Court to do for you)

1. Grant $200,000 in compensatory damages, $200,000 in punitive damages, 2. The right to amend complaint and any other relief deemed appropriate for this cause. Thank you.

SIGNED THIS 12TH day of September, 2011.

_Brandon Grimes_
(original signature of plaintiff)

Brandon Grimes #354-682
N.B.C.I.
14100 McMullen Hwy. S.W.
Cumberland, MD 21502
(address of plaintiff)

Mr. Brandon Grimes #354-682
N.B.C.I.
14100 McMullen Hwy., S.W.
Cumberland, MD 21502

September 13, 2011

Clerk
United States District Court
For The District of Maryland
101 W. Lombard Street
Baltimore, MD 21201

_____ FILED   _____ ENTERED
_____ LOGGED  _____ RECEIVED

SEP 19 2011

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

Dear Clerk:

    Enclosed is a complaint to which I am in need of a form to present a request to proceed in forma pauperis. I have also included a request for appointment of counsel.
    Please file the enclosed complaint and provide me with the forms necessary to file a waiver request.
    Your consideration is appreciated. Thank you.

Sincerely,

Brandon Grimes