

**Rosenberg Martin Greenberg**LLP

**Gerard P. Martin**
**Direct Dial Number: (410) 547-8764**
gmartin@rosenbergmartin.com

December 18, 2013

**VIA ECF**

Honorable James K. Bredar
United States District Judge
United States District Court
 For the District of Maryland
Garmatz Federal Courthouse
101 W. Lombard Street
Baltimore, Maryland 21201

> Re:  *Brandon Grimes v. Otis Merritt, III Warden, et al.*
>       Case No.: JKB-11-2687

Dear Judge Bredar:

I write on behalf Plaintiff Grimes and the State Defendants (the "parties") in response to the Court's order directing the parties to file a status report in this action. State Counsel, Assistant Attorney General Beverly F. Hughes, has reviewed this status report and authorized me to file it on behalf of the parties.

As the Court is aware, on July 29, 2013 I was appointed to represent Plaintiff Grimes for purposes of discovery only. At the time of my appointment, the State Defendants had already issued a notice of deposition of Mr. Grimes. By agreement of the parties, Mr. Grimes' deposition was postponed indefinitely to provide me an opportunity to meet with him, as well as to provide the parties an opportunity to conduct some written discovery. In August 2013, the parties exchanged interrogatories and requests for production of documents. On December 10, 2013, Mr. Grimes served his written responses to the State Defendants' discovery requests. Ms. Hughes recently informed me the State Defendants would be providing written responses to Mr. Grimes' discovery requests promptly.

Once I have received the State Defendants' discovery responses, and had an opportunity to review those discovery responses with Mr. Grimes, I will be in a position to schedule Mr. Grimes' deposition. I will also be in a position, at that time, to determine whether I would like to depose any of the State Defendants. The parties expect that discovery can be completed by February 26, 2014. At that point, my limited representation of Mr. Grimes would be concluded.

Plaintiff Grimes and the State Defendants respectfully request that the Court's scheduling order be modified as follows:

February 26, 2014            Deadline for discovery

The Honorable James K. Bredar
December 18, 2013
Page 2

| | |
|---|---|
| March 31, 2014 | Deadline for dispositive motions |
| April 21, 2014 | Deadline for reply/response to dispositive motions |
| May 6, 2014 | Deadline for filing status report if the parties do not file dispositive motions.  The status report should advise the Court of the expected duration of trial and other information pertinent to the scheduling of trial. |

On behalf of the parties, I thank the Court for its consideration of this request.

Respectfully,

/s/

Gerard P. Martin

GPM/vc

Cc:  AAG Beverly F. Hughes, Esq. (via ECF)

4812-4752-8471, v. 1