

**Rosenberg Martin Greenberg**LLP

Gerard P. Martin
Direct Dial Number: (410) 547-8764
gmartin@rosenbergmartin.com

February 7, 2014

**VIA ECF**

The Honorable James K. Bredar
United States District Court for the
  District of Maryland
101 West Lombard Street
Baltimore, Maryland  21201

    Re:    *Brandon Grimes v. Otis Merritt, III Warden, et al.*
              Case No.:  JKB-11-2687

Dear Judge Bredar:

On December 19, 2013 you set a deadline for completion of discovery. Because of the difficulties in getting together with my client caused, in large measure, by the security situation at North Branch, things have gone slower than we anticipated. I still need to review about 1,700 documents with Mr. Grimes before his deposition and I only received them yesterday. Because of my schedule I will be unable to travel there to do that before February 24, 2014.

Then on February 24, 2014, I am undergoing bilateral knee replacement surgery and will be out of commission until, at the earliest, the first week of April. I have discussed this with the State's counsel, Ms. Hughes, and we would like to request an extension of the discovery until the end of April. If that can be done, we can complete the document exchange and Mr. Grimes' deposition. For those reasons, we respectfully request an extension of the discovery deadline until April 30, 2014.

Thank you for your attention to this matter.

Respectfully,

Gerard P. Martin

GPM:lah

cc:    Beverly Hughes, Esquire

*4831-0684-3160, v. 1*