IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Baltimore Division

| | | |
|---|---|---|
| BRANDON GRIMES, #354-682 | * | |
| Plaintiff, | * | |
| | | Civil Action No. JKB-11-2687 |
| v. | * | |
| OTIS MERRITT, III WARDEN, *et al* | * | |
| Defendants. | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## PROTECTIVE ORDER BY STIPULATION

Defendants, Otis Merritt, III, Jude Agu; Tasha Butler-Scott; Derrick E. Jones; Ron G. Jones; Percy Laryea; Babatunde K. Oyeti; and Davon Telp ("State Defendants"), by their undersigned attorney, and Plaintiff Brandon Grimes, by his undersigned attorney, pursuant to Local Rule 104.13, Fed. R. Civ. P. 26(c) and 29, STIPULATE AND AGREE, AND THE COURT ORDERS:

1. The Plaintiff, his attorneys, and his agents, will maintain the confidentiality of personnel records of employees of the Department of Public Safety and Correctional Services that are provided by the Defendant in response to the Plaintiff's Interrogatories and Requests for Production of Documents or provided by the Defendants in connection with any deposition taken by the Plaintiff in this case. "Personnel records" are defined herein as any record relating to an employee's

application for employment, promotion, performance, evaluation, qualifications, or discipline. Personnel records include Defendants' Answers to Interrogatories and Response to Production of Documents, to the extent that they contain information derived from a personnel record.

2. "Maintain the confidentiality" means not to disclose the documents or the contents of the documents contained in the records and files to any other person, except as required for the prosecution of this case, and then only with the agreement of counsel for the Defendant or the approval of the Court.

3. Upon the Plaintiff's request, Defendants will attempt, in good faith, to reach agreement with the Plaintiff on the disclosure of documents covered by this order in connection with the Plaintiff's prosecution of this case. If agreement cannot be reached, the Plaintiff may apply to the Court for approval of disclosure. In proceedings on the Plaintiff's application, the Defendants shall bear the burden of supporting their assertion of confidentiality.

4. This order does not apply to and does not limit the disclosure of the documents covered by this order to the Court or to a jury in a trial of this case. To the extent that documents covered by this order are proposed to be filed or referred to in papers in the court record under seal, the party making such filing shall simultaneously submit a motion and proposed order under Local Rule 105.11. If such documents are sealed, the Clerk may return them to counsel at the end of the litigation.

| | |
|---|---|
| _/s/ Gerard P. Martin_ | _/s/ Beverly F. Hughes_ |
| GERARD P. MARTIN # 00691 | BEVERLY F. HUGHES, #11807 |
| Rosenberg, Martin, Greenberg, L.L.P. | Assistant Attorney General |
| 25 South Charles Street | Department of Public Safety |
| Baltimore, Maryland, 21201-3305 | and Correctional Services |
| Phone (410) 727-6600 | 115 Sudbrook Lane, Suite A |
| Facsimile: 410-727-1115 | Pikesville, Maryland 21208 |
| | (410) 585-3082 |
| Attorney for Plaintiff | bhughes@oag.state.md.us |
| | Attorney for State Defendants |

So ORDERED, this _____ day of _____, 2014.

_____
James K. Bredar
United States District Judge