IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| BRANDON GRIMES, #354682 | * |
| Plaintiff | * |
| v. | * |
| OTIS MERRITT | *    Civil Action No. JKB-11-2687 |
| Defendant | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STATUS REPORT

Pursuant to the Supplemental Scheduling Order issued by this Court on September 10, 2015, Plaintiff, Brandon Grimes, and Defendant, Otis Merritt, III, by and through their respective counsel, submit this Joint Status Report and state as follows:

1. On August 31, 2015 this Court ruled on State Defendants' Motion for Summary Judgment for the present matter.

2. The motion was granted, in part, as to Plaintiff's excessive force claim against Jude Agu, Tasha Butler-Scott, Derrick E. Jones, Ron G. Jones, Perry Larya, Babatunde K. Oyeti, and Davon Telp ("Tactical Team Defendants").

3. The motion was also granted, in part, as to Plaintiff's conditions of confinement claim.

4. Defendants' motion was denied, in part, as to Plaintiff's claim of deliberate indifference to a serious medical need against Defendant Warden Merritt.

5. Following the Court's ruling on Defendants' motion, the remaining parties entered into settlement negotiations in an effort to resolve this matter short of trial.

6. On September 18, 2015, all parties agreed to the terms of a settlement.

7. Documents relating to the settlement have been sent to Plaintiff for his signature.

8. Upon Plaintiff's receipt of any agreed upon sum, he will move to dismiss the present claim.

9. As the parties have agreed to a settlement, the scheduled trial for this matter is no longer needed.

Respectfully Submitted,

_____/s/_____
Steven Z. Meehan
(Fed. Bar No. 23915)
Prisoner Rights Information System
Of Maryland, Inc.
PO Box 929
Chestertown, Maryland 21620
(410)-778-1700

COUNSEL FOR PLAINTIFF

_____/s/_____
Beverly F. Hughes
Assistant Attorney General
Department of Public Safety and
Correctional Services
115 Sudbrook Lane, Suite A
Pikesville, MD 21208
(410 585-3082
Federal Bar No. 11807
bhughes@oag.state.me.us

COUNSEL FOR DEFENDANT

_____/s/_____
Damien D. Dorsey
(Fed. Bar No. 19194)
Prisoner Rights Information System
Of Maryland, Inc.
PO Box 929
Chestertown, Maryland 21620
(410)-778-1700

COUNSEL FOR PLAINTIFF