IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| BRANDON GRIMES, #354682 | * | |
| Plaintiff | * | |
| v. | * | |
| | * | Civil Action No. JKB-11-2687 |
| OTIS MERRITT | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \*

**STIPULATION OF DISMISSAL**

Pursuant to F.R.C.P. 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, Brandon Grimes, and Defendant, Otis Merritt, III, by and through their respective counsel, hereby stipulate to the dismissal, with prejudice, of all remaining claims in the above captioned matter.

Respectfully Submitted,

_____/s/_____
Stephen Z. Meehan
(Fed. Bar No. 23915)
Prisoner Rights Information System
Of Maryland, Inc.
PO Box 929
Chestertown, Maryland 21620
(410)-778-1700
COUNSEL FOR PLAINTIFF

_____/s/_____
Beverly F. Hughes
Assistant Attorney General
Department of Public Safety and
Correctional Services
115 Sudbrook Lane, Suite A
Pikesville, MD 21208
(410 585-3082
Federal Bar No. 11807
bhughes@oag.state.md.us
COUNSEL FOR DEFENDANT

_____/s/_____
Damien D. Dorsey
(Fed. Bar No. 19194)
Prisoner Rights Information System
Of Maryland, Inc.
PO Box 929
Chestertown, Maryland 21620
(410)-778-1700
COUNSEL FOR PLAINTIFF